| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
September 13, 2022
Nathan Ochsner, Clerk

Deana Pollard Sacks, §
§
      Plaintiff, §
§
versus §     Civil Action H-22-299
§
Texas Southern University, et al., §
§
      Defendants. §

## Final Dismissal

Deana Pollard Sacks's claims against Texas Southern University, Ahunanya Anga, James Douglas, Fernando Colon-Navarro, Ana Otero, April Walker, and Darnell Weeden are dismissed with prejudice.

Signed on September 13, 2022, at Houston, Texas.

                                                          Lynn N. Hughes
                                           United States District Judge